IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nancy Jean Serwin, | ) Case No. 08-28743 |
| | ) |
| Debtor. | ) Judge Bruce W. Black |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **8th day of July, 2010, at the hour of 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, Bankruptcy Judge, in Room 615 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in his place and stead, and shall then and there present the attached **Motion For Entry of Final Decree,** a copy of which is attached hereto and herewith served upon you, and we shall pray for the entry of an order in compliance therewith. At said time and place you may appear if you so see fit.

/s/Scott R. Clar

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and the attached Motion for Entry of Final Decree to be served on all parties listed on the attached Service List via first class mail, postage prepaid, on the 8th day of June 2010, before the hour of 5:00 p.m., from 135 South LaSalle Street, Chicago, Illinois 60603.

/s/Scott R. Clar

## SERVICE LIST

Denise A. DeLaurent
United States Trustee's Office
219 S. Dearborn St., Ste. 873
Chicago, IL 60604

John P. Adams
Chuhak & Tecson PC
30 S. Wacker Dr., 26th Fl.
Chicago, IL 60606

Gregg E. Szilagyi
Tailwind Services LLC
One S. Wacker Drive., Suite 800
Chicago, IL 60606

Mitchell S. Feinberg
Chuhak & Tecson PC
30 S. Wacker Dr., 26th Fl.
Chicago, IL 60606

Nathan F. Coco
McDermott Will & Emery LLP
227 W. Monroe St., #5400
Chicago, IL 60606

Scott Kummer
Boyd & Kummer LLC
20 S. Clark St., #500
Chicago, IL 60603-5577

Associated Bank
PO Box 3119 Downer Ave.
Milwaukee, WI 53201

Bank of America World Points
Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Don W. Barnes
6360 N. Cass Ave.
Westmont, IL 60559

First National Bank Visa
First National Bank of Omaha
P.O. Box 8580
Omaha, NE 68108

Kohl's Dept. Store
P.O. Box 2983
Milwaukee, WI 53201-2983

La Fevere Roofing Contractors
W329S294 Country Road Centre
Delafield, WI 53018

Michael Joseph
1107 Muir Ave.
Lake Bluff, IL 60044

Nancy Borkowicz
26817 N. 152nd St.
Scottsdale, AZ 85255

Robert Anderson, Jr.
P.O. Box 251
Babbitt, MN 55706

Scott Blum
Chris Bach
2266 Prospect Avenue
Milwaukee, WI

US Bank Visa
US Bank Corp Service Center, Inc.
P.O. Box 6318
Fargo, ND 58125-6318

Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX 75374-0933

Citicard (Mastercard)
PO Box 6500
Sioux Falls, SD 57117-6500

FIA Card Services, N.A.
Attn: Mr. BK
1000 Samoset Dr.
DE5-023-03-03
Newark, DE 19713-6000

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

Nancy Serwin
2556 North Terrace Ave.
Milwaukee, WI 53211-3820

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nancy Jean Serwin, | ) | Case No. 08-28743 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

## MOTION FOR ENTRY OF FINAL DECREE

To the Honorable Bruce W. Black, Bankruptcy Judge:

Now comes Nancy Jean Serwin, confirmed debtor herein ("Debtor"), by her attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of her Motion for Entry of Final Decree, respectfully states as follows:

1.      On October 24, 2008, this Court entered an Order for Relief in the above-captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2.      On November 23, 2009, the Debtor filed her First Amended Plan of Reorganization (the "Plan") and First Amended Disclosure Statement.  On March 11, 2010, this Court entered an Order Confirming the Plan.

3.      The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.  Unsecured creditors, Michael Joseph, Nancy Borkowicz and Robert Anderson, Jr., have received distributions of Midwest Bank securities to which they were entitled under the Plan.

4.      The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, the Debtor, Nancy Jean Serwin, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully submitted,

Nancy Jean Serwin, Debtor

/s/ Nancy Jean Serwin
One of her attorneys

Scott R. Clar
(Atty No. 06183741)
Crane, Heyman, Simon, Welch & Clar
Attorney for Debtor
135 South LaSalle, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Serwin\Final Decree.MOT.wpd

2