IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nancy Jean Serwin, | ) | Case No. 08-28743 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

### FINAL DECREE

AT CHICAGO, Illinois, in said District and Division, before the Honorable Bruce W. Black, Bankruptcy Judge, this 2ND day of ~~July, 2010:~~ DECEMBER, 2010:

This matter coming on to be heard on the Motion of the Debtor, Nancy Jean Serwin, by her attorneys, Scott R. Clar and the firm of Crane, Heyman, Simon, Welch & Clar for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's First Amended Plan of Reorganization on March 11, 2010, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the First Amended Plan of Reorganization has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the estate is hereby closed.

BY THE COURT:

*/s/ Bruce W. Black*

Bankruptcy Judge

Scott R. Clar
(Atty. Reg. #06183741)
Crane, Heyman, Simon, Welch & Clar
Attorney for Debtor
135 South LaSalle, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Serwin\Final Decree.ORD.wpd